UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WELLINGTON SPENCER COPPESS,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>CHARLES L. RYAN, Director; RICHARD PRATT, Assistant Director; CORIZON CORRECTIONAL HEALTH, INC., named as Corizon Health Inc.; BENJAMIN SCHMID, Facility Health Administrator; CORIZON HEALTH, INC.,<br><br>　　　　Defendants - Appellees. | No. 20-15295<br><br>D.C. No. 4:18-cv-00118-JAS<br>U.S. District Court for Arizona, Tucson<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Fri., April 24, 2020**　　Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**Tue., May 26, 2020**　　Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

**Appellants without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a).**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Janne Nicole Millare Rivera
Deputy Clerk
Ninth Circuit Rule 27-7